FILED
SEP 30 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

HEATHER RAPOZA

        Plaintiff,

v.

EASTERN MICHIGAN UNIVERSITY,
a public university, DR. LYNNE ROCKLAGE,
an individual, DR. MICHAEL M. BRETTING, an
individual, DR. LIZBETH STEVENS, an individual,
CLAUDIA GALLI, an individual, HEATHER TOBIN,
an individual, DENISE KOWALSKI, an individual,
SHELIA BENTRUM, an individual, and DR. LIDIA
LEE, an individual,
        Defendants.

Case No. 07-13097
HON. ARTHUR J. TARNOW
Magistrate Judge Mona Majzoub

---

| | |
|---|---|
| Marlo D. Smith (P70362)<br>Fixel Law Offices, PLLC<br>Attorneys for Plaintiff<br>4990 Northwind Drive, Ste 121<br>East Lansing, MI 48823<br>Tele: (517) 853-9044<br>Fax: (517) 853-0434<br>mdsmith@fixellawoffices.com | Megan P. Norris (P39318)<br>Leonard D. Givens (P14028)<br>Dawn E. Marshall (P68206)<br>Miller, Canfield, Paddock and Stone, PLC<br>Attorneys for Defendants<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>marshall@millercanfield.com |

---

**STIPULATION AND ORDER FOR ACCEPTANCE OF CASE EVALUATION
AND FOR DISMISSAL OF LAWSUIT**

      HEATHER RAPOZA, by and through her attorney, MARLO D. SMITH,

and Defendants, DR. LYNNE ROCKLAGE, DR. MICHAEL M. BRETTING, DR.

LIZBETH STEVENS, CLAUDIA GALLI, HEATHER TOBIN, DENISE KOWALSKI,

SHELIA BENTRUM AND DR. LIDIA LEE, by and through their attorney, DAWN

1

E. MARSHALL, hereby stipulate that all parties have ACCEPTED CASE EVALUATION WHICH DISMISSES THIS LAWSUIT with prejudice without costs to either party in the above action in accordance with this stipulated agreement.

Dated: September 30, 2008             By /s/ Marlo D. Smith
                                      Marlo D. Smith (P70362)
                                      Attorney for Plaintiff


Dated: September 30, 2008             By/s/ Dawn E. Marshall
                                      Dawn E. Marshall (P68206)
                                      Attorney for Defendants

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

**HEATHER RAPOZA**

        Plaintiff,

v.

**EASTERN MICHIGAN UNIVERSITY,**
a public university, **DR. LYNNE ROCKLAGE,**
an individual, **DR. MICHAEL M. BRETTING,** an
individual, **DR. LIZBETH STEVENS,** an individual,
**CLAUDIA GALLI,** an individual, **HEATHER TOBIN,**
an individual, **DENISE KOWALSKI,** an individual,
**SHELIA BENTRUM,** an individual, and **DR. LIDIA
LEE,** an individual,
        Defendants.

Case No. 07-13097
HON. ARTHUR J. TARNOW
Magistrate Judge Mona Majzoub

---

| | |
|---|---|
| Marlo D. Smith (P70362)<br>Fixel Law Offices, PLLC<br>Attorneys for Plaintiff<br>4990 Northwind Drive, Ste 121<br>East Lansing, MI 48823<br>Tele: (517) 853-9044<br>Fax: (517) 853-0434<br>mdsmith@fixellawoffices.com | Megan P. Norris (P39318)<br>Leonard D. Givens (P14028)<br>Dawn E. Marshall (P68206)<br>Miller, Canfield, Paddock and Stone, PLC<br>Attorneys for Defendants<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>marshall@millercanfield.com |

---

## ORDER

At a session of Court, held in the
United States District Court for the Eastern District of Michigan
on this _____ day of _____, 2008,

    PRESENT:   Hon. ARTHUR J. TARNOW
                         District Court Judge

The Court has read the Stipulation for all parties' acceptance of case

evaluation and for dismissal of the lawsuit on that basis with prejudice and without costs to either party in the above referenced matter, which has been expressly approved by the Court, and is otherwise fully advised in the premises.

IT IS SO ORDERED.

Hon. Arthur J. Tarnow
District Court Judge

ATTEST: A TRUE COPY